```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11328
   OTTIS L DUGAR
   DEMITRI DUGAR                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3864     SSN XXX-XX-8797

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/11/2006 and was confirmed 11/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/17/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC    21674.86         3041.54       7338.05
GMAC MORTGAGE            CURRENT MORTG         .00             .00            .00
FUTURE FINANCE           SECURED VEHIC         .00             .00            .00
GMAC                     UNSECURED       NOT FILED             .00            .00
AFNI INC                 UNSECURED       NOT FILED             .00            .00
CASH ADVANCE             UNSECURED       NOT FILED             .00            .00
CITY OF CHICAGO PARKING  UNSECURED          810.00             .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          250.51             .00            .00
FIFTH THIRD              FILED LATE       10647.05             .00            .00
HOLLYWOOD CASINO         UNSECURED         6515.29             .00            .00
ECAST SETTLEMENT CORP    UNSECURED          179.91             .00            .00
HSBC TAXPAYER FINANCIAL  UNSECURED          371.25             .00            .00
WEST SUBURBAN MEDICAL CE UNSECURED          408.60             .00            .00
RMI/MCSI                 UNSECURED       NOT FILED             .00            .00
STATE COLLECTION SERVICE UNSECURED       NOT FILED             .00            .00
STATE COLLECTION SERVICE UNSECURED       NOT FILED             .00            .00
SUN CASH                 UNSECURED       NOT FILED             .00            .00
VERIZON                  UNSECURED         1224.86             .00            .00
GMAC MORTGAGE            MORTGAGE ARRE    2982.91             .00        2982.91
CAPITAL ONE AUTO FINANCE UNSECURED       NOT FILED             .00            .00
EMC MORTGAGE CORP        MORTGAGE NOTI   NOT FILED             .00            .00
ILLINOIS DEPARTMENT OF R PRIORITY          1179.60             .00            .00
ILLINOIS DEPARTMENT OF R UNSECURED          115.90             .00            .00
GEORGIA WILLIAMS         UNSECURED             .00             .00            .00
EMC MORTGAGE CORPORATION MORTGAGE NOTI   NOT FILED             .00            .00
GEORGIA WILLIAMS         PRIORITY              .00             .00            .00
DEWEY & LEBOEUF          NOTICE ONLY     NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,984.00                       2,984.00
TOM VAUGHN               TRUSTEE                                         1,193.50
DEBTOR REFUND            REFUND                                               .00


                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 11328 OTTIS L DUGAR & DEMITRI DUGAR
```

Summary of Receipts and Disbursements:

---

|                       | RECEIPTS   | DISBURSEMENTS |
|-----------------------|------------|---------------|
| TRUSTEE               | 17,540.00  |               |
| PRIORITY              |            | .00           |
| SECURED               |            | 10,320.96     |
| INTEREST              |            | 3,041.54      |
| UNSECURED             |            | .00           |
| ADMINISTRATIVE        |            | 2,984.00      |
| TRUSTEE COMPENSATION  |            | 1,193.50      |
| DEBTOR REFUND         |            | .00           |
| TOTALS                | 17,540.00  | 17,540.00     |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/24/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE